SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jassi Dhillon, Inc., et al,<br><br>　　　　Defendants | Case No. **2:11-cv-02758-LKK-CKD**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

　　　IT IS HEREBY ORDERED THAT the status conference currently set for January 23, 2012 is VACATED.  Plaintiff shall move for a judgment of default as to Jassi Dhillon, Inc. no later than 30 days from the date of this order.

Date:   January 20, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT