```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>  vs.<br><br>Jassi Dhillon, Inc., et al,<br><br>      Defendants | Case No. **2:11-cv-02758-LKK-CKD**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY ORDERED THAT the status conference currently set for January 23, 2012 is VACATED. Plaintiff shall move for a judgment of default as to Jassi Dhillon, Inc. no later than 30 days from the date of this order.

Date:   January 20, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-02758-LKK-CKD - 1