IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                    No. 2:11-cv-2758 LKK CKD

    vs.

JASSI DHILLON, INC., et al.,

        Defendants.              <u>ORDER</u>

_____/

        This matter was remanded for further findings and recommendations regarding the scope of injunctive relief sought by plaintiff. <u>See</u> July 24, 2012 order (dkt. no. 18).

        Accordingly, IT IS HEREBY ORDERED that:

        1. No later than August 10, 2012, plaintiff shall file a statement as to whether plaintiff is dropping his claim for injunctive relief.

        2. If plaintiff pursues his claim for injunctive relief, no later than August 24, 2012, plaintiff shall file a proposed order for injunctive relief which addresses the specificity requirements set forth in the court's July 24, 2012 order.

/////

/////

/////

3. The matter shall thereafter stand submitted. The court will set the matter for hearing as necessary after review of plaintiff's proposed order.

Dated: July 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

johnson-dhillon.2758.fb