IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,   No. CIV 11-2758 LKK CKD

    vs.

JASSI DHILLON, INC., et al.,   <u>AMENDED</u>

    Defendants.   <u>FINDINGS & RECOMMENDATIONS</u>

                                      /

        This matter was referred to the undersigned for further findings and recommendations regarding the scope of injunctive relief. Dkt. no. 18. Plaintiff has submitted further briefing setting forth in detail the requested scope of the injunction. Accordingly, the findings and recommendations, filed March 2, 2012, are amended as follows.

        In addition to the findings set forth in the March 2, 2012 findings and recommendations, the court finds that defendant has failed to provide a properly configured van accessible parking space, as required by 28 Code of Federal Regulations, Part 36, Appendix D, ("ADAAG") in that the disabled parking space does not provide an access aisle to an accessible route from the parking space to the main entrance of the subject restaurant. ADAAG 4.6. Further, defendant has failed to provide an accessible route to the main entrance to the subject restaurant in that the disabled parking space has a running slope greater than 10% and since the

1

accessible route in the section in front of the disabled parking space does not contain a level surface at the top of the 10%+ slope, the same running slope becomes a cross slope due to the required change in direction. ADAAG 4.3. Further, defendant has failed to provide the required clear space in the wide side[1] area adjacent to the toilet which is located in a stall in the men's restroom  ADAAG 4.17.

      Accordingly, IT IS HEREBY RECOMMENDED that:

      1. Plaintiff's motion for default judgment (dkt. no. 14) against defendant Jassi Dhillon, Inc. be granted;

      2. Plaintiff be awarded statutory damages in the amount of $8,000.00.

      3. Plaintiff be granted an injunction requiring defendant to provide readily achievable property alterations to the property known as SCRAMBL'Z KOUNTRY KITCHEN, a restaurant with a parking lot located at 233 South School Street, Lodi, California, that consist of the following, all in accordance with the Americans With Disabilities Act of 1990 (ADA) and the Americans With Disabilities Act Accessibility Guidelines (ADAAG) contained in 28 Code of Federal Regulations Part 36, Appendix D:

      a. One van accessible disabled parking space that provides an access aisle to an accessible route from the parking space to the main entrance of the subject restaurant. ADAAG 4.6.

      b. An accessible route from the van accessible disabled parking space to the main entrance of the subject restaurant. ADAAG 4.3.

      c. Clear space in the wide side area adjacent to the toilet which is located in a stall in the men's restroom. ADAAG 4.17.

      4. The Clerk of Court be directed to close this case.

/////

---

[1] The narrow side is the side where the side grab bar is located and the wide side is the opposite side.

2

These findings and recommendations are submitted to the United States District Judge assigned to this action, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-dhillon.def.amd