UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Scott N. Johnson**

    v.

**Jassi Dhillon, Inc. DBA Scrambl'z Kountry Kitchen**

_____

DEFAULT JUDGMENT

Case No. CIV S-2:11-cv-02758 LKK CKD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Jassi Dhillon, Inc. DBA Scrambl'z Kountry Kitchen**

Plaintiff is awarded statutory damages in the amount of $8,000.00.

September 18, 2012

VICTORIA C. MINOR, CLERK

By: _____//s//_____
G. Michel, Deputy Clerk