UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

                                                DEFAULT JUDGMENT

   v.

                                                Case No. CIV S-2:11-cv-02758 LKK CKD

**Jassi Dhillon, Inc. DBA Scrambl'z Kountry Kitchen**

_____


       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

       **Jassi Dhillon, Inc. DBA Scrambl'z Kountry Kitchen**

       Plaintiff is awarded statutory damages in the amount of $8,000.00.


September 18, 2012

                                                             VICTORIA C. MINOR, CLERK


                                                             By:  _____//s//_____
                                                             G. Michel, Deputy Clerk